IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ACUITY, a mutual insurance company, as assignee of Daviess County Metal Sales, Inc., <br><br> *Plaintiff,* <br><br> -v.- <br><br> JOHN ELMER WAGLER d/b/a W & S CONSTRUCTION and EVERETT CASH MUTUAL INSURANCE COMPANY, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 25-cv-146 |

**MOTION TO VOLUNTARILY DISMISS**
**EVERETT CASH MUTUAL INSURANCE COMPANY**

NOW COMES Plaintiff Acuity, A Mutual Insurance Company ("Acuity"), as assignee of Daviess County Metal Sales, Inc. ("DC Metal"), respectfully moves pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order dismissing Defendant Everett Cash Mutual Insurance Company ("Everett") from this action without prejudice, and states:

1. This action was filed on June 16, 2025, against Everett and John Elmer Wagler d/b/a W & S Construction ("Wagler").

2. Following further investigation, Plaintiff has determined that it will no longer pursue its claims against Everett at this time.

3. Everett has not filed a counterclaim, and no party will be prejudiced by Everett's dismissal without prejudice.

4. Plaintiff is concurrently filing a motion for leave to amend the remaining claims against Wagler.

5. A proposed order is attached as **Exhibit A**.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing all claims against Defendant Everett Cash Mutual Insurance Company without prejudice, with each party to bear its own costs.

Respectfully submitted,

**LINDSAY, PICKETT & POSTEL, LLC**

By:   /s/ *Brendan C. Ross*
One of the Attorneys for Plaintiff,
ACUITY, A MUTUAL INSURANCE
COMPANY, as assignee of Daviess County
Metal Sales, Inc.,

Brendan C. Ross (IN Atty #39002-45)
**LINDSAY, PICKETT & POSTEL, LLC**
2901 N Carlson Dr., Suite 375
Hammond, IN 46323
bross@lpplawfirm.com
219-230-4415