# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| ACUITY, a mutual insurance company, as assignee of Daviess County Metal Sales, Inc., ) ) ) *Plaintiff*, ) ) -v.- ) ) JOHN ELMER WAGLER d/b/a W & S CONSTRUCTION and EVERETT CASH MUTUAL INSURANCE COMPANY, ) ) ) ) ) *Defendant*. ) | Case No. 3:25-cv-146-RLY-CSW |

## **ORDER**

This matter coming to be heard off call on Plaintiff's Motion to Voluntarily Dismiss Defendant Everett Cash Mutual Insurance Company, with the Court fully advised, the Court GRANTS the motion.

IT IS ORDERED:

(a) That all claims against Defendant Everett Cash Mutual Insurance Company are DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

(b) Plaintiff's claims against Defendant John Elmer Wagler d/b/a W & S Construction remain pending.

Dated: 11/13/2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.